UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:23-CV-22432-KMW

THE SMILEY COMPANY SPRL,

 Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

 Defendants.
_____/

## NOTICE OF FILING PROPOSED SUMMONS

 Plaintiff, The Smiley Company SPRL ("Plaintiff"), by undersigned counsel, hereby gives notice that the attached proposed summons is being electronically filed.

Date: August 21, 2023   Respectfully submitted by,

            */s/ A. Robert Weaver*
            Arthur Robert Weaver (Fla. Bar No. 92132)
            Email: rweaver@brickellip.com
            THE BRICKELL IP GROUP, PLLC
            1101 Brickell Avenue, South Tower, Suite 800
            Miami FL, 33131
            Telephone: (305) 728-8831
            *Attorneys for Plaintiff*