UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-22432-CV-WILLIAMS

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

    Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court on Plaintiff's Expedited Motion to Extend Temporary Restraining Order and Reschedule Hearing on Preliminary Injunction (DE 14) ("**Motion**"). In the Motion, Plaintiff requests an extension of time to effectuate service on Defendants and provide Defendants with notice and an opportunity to be heard in opposition to the Motion for Preliminary Injunction. Upon review of the Motion, the record, and applicable law, it is **ORDERED AND ADJUDGED** that:

1. Pursuant to Fed. R. Civ. P. 65(b)(2), good cause exists to extend the Temporary Restraining Order for a period not to exceed fourteen (14) days.

   a. The Temporary Restraining Order is **EXTENDED** until **September 1, 2023** against all entities included in Plaintiff's Schedule "A" as set forth in Plaintiff's Notice of Filing (DE 10-1); and

   b. Plaintiff shall post copies of the Complaint (DE 1), *Ex Parte* Application for Entry of Temporary Restraining Order, Preliminary Injunction, and Order Retaining Transfer of Assets (DE 5), U.S. Magistrate Judge

Lisette M. Reid's Report and Recommendation (DE 11) ("***Report***"), the Order Adopting the Report and Granting a Temporary Restraining Order (DE 13), and this Order as well as all other documents filed in this action as directed in the Report (DE 11).

2. Pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules for the Southern District of Florida, a **HEARING** is set before Judge Reid and the request for preliminary injunction is **REFERRED** to Judge Reid for report and recommendation. The hearing is set before Judge Reid via **videoconference** on <u>**September 1, 2023, at 10:00 a.m. EST**</u>, at which time Defendants and/or any other affected persons may challenge the appropriateness of this Order and move to dissolve the same and at which time the Court will hear argument on Plaintiff's requested preliminary injunction. To access the hearing, all parties shall utilize the following link https://www.zoomgov.com/j/1615585152?pwd=bEdlcmtDODFMOGdCcVF6YUprN0crZz09, **Meeting ID 161 558 5152**, and **Passcode 919253**; and

3. **Any response or opposition** to Plaintiff's Motion for Preliminary Injunction must be filed and served on Plaintiff's counsel by **August 28, 2023** at **5:00 p.m. EST,** and filed with the Court, along with Proof of Service. Plaintiff shall file any **reply memorandum** by **August 30, 2023** at **5:00 p.m. EST**. The above dates may be revised upon stipulation by all parties and approval of this Court. **Defendants are on notice that failure to appear at the hearing may result in the imposition of a preliminary injunction against them pursuant to 15**

**U.S.C. § 1116(d), Fed. R. Civ. P. 65, The All Writs Act, 28 U.S.C. § 1651(a), and this Court's inherent authority.**

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>18th</u> day of August, 2023.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE