UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-cv-22432

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS ONLY

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses *without* prejudice. all claims against the following Defendants:

    203stickers (Defendant No. 3 on Schedule A to the Complaint);

    305movingart (Defendant No. 4 on Schedule A to the Complaint);

    Abbsgross (Defendant No. 6 on Schedule A to the Complaint);

    Abbyfischler (Defendant No. 7 on Schedule A to the Complaint);

    Addydoodles (Defendant No. 9 on Schedule A to the Complaint);

    Ali Schapiro (Defendant No. 14 on Schedule A to the Complaint);

    Allypappalardo (Defendant No. 17 on Schedule A to the Complaint);

    Amanda Gordon (Defendant No. 18 on Schedule A to the Complaint);

    Angelica Dunham (Defendant No. 22 on Schedule A to the Complaint);

    angelinab1023 (Defendant No. 23 on Schedule A to the Complaint);

artboy213 (Defendant No. 27 on Schedule A to the Complaint);

Artbyabbyyyy (Defendant No. 28 on Schedule A to the Complaint);

artiskoolot7 (Defendant No. 31 on Schedule A to the Complaint);

Ashleegoj (Defendant No. 34 on Schedule A to the Complaint);

Ashleyadesigns (Defendant No. 35 on Schedule A to the Complaint);

ASKdesigns (Defendant No. 36 on Schedule A to the Complaint);

Astrid (Taylor's Version) (Defendant No. 37 on Schedule A to the Complaint);

Beachyyydesign (Defendant No. 49 on Schedule A to the Complaint);

beau10kk (Defendant No. 50 on Schedule A to the Complaint);

Betsymae (Defendant No. 55 on Schedule A to the Complaint);

Binnature (Defendant No. 58 on Schedule A to the Complaint);

Bluemakes (Defendant No. 60 on Schedule A to the Complaint);

Brett Gilbert (Defendant No. 62 on Schedule A to the Complaint);

Briklynk (Defendant No. 63 on Schedule A to the Complaint);

Brkmlr (Defendant No. 64 on Schedule A to the Complaint);

Bunnyandbean (Defendant No. 67 on Schedule A to the Complaint);

Bymichelle (Defendant No. 69 on Schedule A to the Complaint);

c17b (Defendant No. 70 on Schedule A to the Complaint);

Cady Stoever (Defendant No. 72 on Schedule A to the Complaint);

Carklonsky (Defendant No. 78 on Schedule A to the Complaint);

Carohildy (Defendant No. 81 on Schedule A to the Complaint);

Casey Lynn (Defendant No. 83 on Schedule A to the Complaint);

cc-art484 (Defendant No. 85 on Schedule A to the Complaint);

ce-b (Defendant No. 86 on Schedule A to the Complaint);

Ceylinmaden (Defendant No. 88 on Schedule A to the Complaint);

Chlonelle (Defendant No. 91 on Schedule A to the Complaint);

Chocolate1000 (Defendant No. 92 on Schedule A to the Complaint);

christina-lynn (Defendant No. 93 on Schedule A to the Complaint);

Churrodragon (Defendant No. 94 on Schedule A to the Complaint);

ciara lyons (Defendant No. 95 on Schedule A to the Complaint);

Circus-Of-Fear (Defendant No. 96 on Schedule A to the Complaint);

Ckandrus (Defendant No. 97 on Schedule A to the Complaint);

Coconutglow (Defendant No. 98 on Schedule A to the Complaint);

cool creations (Defendant No. 101 on Schedule A to the Complaint);

Coolcat165 (Defendant No. 102 on Schedule A to the Complaint);

Cooliobroseph (Defendant No. 103 on Schedule A to the Complaint);

cooltacos666 (Defendant No. 104 on Schedule A to the Complaint);

Creatava (Defendant No. 107 on Schedule A to the Complaint);

CS Designs (Defendant No. 109 on Schedule A to the Complaint);

Darra Sargent (Defendant No. 112 on Schedule A to the Complaint);

DawleysDesigns (Defendant No. 113 on Schedule A to the Complaint);

Dayna Hausspiegel (Defendant No. 114 on Schedule A to the Complaint);

Designs-by-Eva (Defendant No. 120 on Schedule A to the Complaint);

DesignsByKL (Defendant No. 121 on Schedule A to the Complaint);

Doodlesoftheday (Defendant No. 129 on Schedule A to the Complaint);

Dotnido (Defendant No. 130 on Schedule A to the Complaint);

Drippydesigns (Defendant No. 132 on Schedule A to the Complaint);

Ducky Girl (Defendant No. 133 on Schedule A to the Complaint);

Eleystickers (Defendant No. 140 on Schedule A to the Complaint);

Elijoy (Defendant No. 141 on Schedule A to the Complaint);

elrybicki11 (Defendant No. 144 on Schedule A to the Complaint);

emilia-athanas (Defendant No. 145 on Schedule A to the Complaint);

Emily Hamer (Defendant No. 146 on Schedule A to the Complaint);

Emmabradshaw (Defendant No. 147 on Schedule A to the Complaint);

Emmakmcc (Defendant No. 148 on Schedule A to the Complaint);

Emmamfallon (Defendant No. 149 on Schedule A to the Complaint);

emswim07 (Defendant No. 151 on Schedule A to the Complaint);

Eodesigns (Defendant No. 152 on Schedule A to the Complaint);

Ethanscreatz (Defendant No. 157 on Schedule A to the Complaint);

eve636 (Defendant No. 159 on Schedule A to the Complaint);

fiji-jocelyn (Defendant No. 163 on Schedule A to the Complaint);

Findthesunshine (Defendant No. 166 on Schedule A to the Complaint);

FLAREapparel (Defendant No. 167 on Schedule A to the Complaint);

FreckledFoxCo (Defendant No. 171 on Schedule A to the Complaint);

Frommegan Defendant No. 172 on Schedule A to the Complaint);

Gary L Zimmerman III Defendant No. 177 on Schedule A to the Complaint);

geneva's stickers! Defendant No. 179 on Schedule A to the Complaint);

Ghflem Defendant No. 182 on Schedule A to the Complaint);

gjm222 Defendant No. 185 on Schedule A to the Complaint);

Greatnotions Defendant No. 189 on Schedule A to the Complaint);

greyman1977 Defendant No. 190 on Schedule A to the Complaint);

Groovy Stickies Defendant No. 191 on Schedule A to the Complaint);

Hailschmidt Defendant No. 192 on Schedule A to the Complaint);

Hannahmakestuff Defendant No. 193 on Schedule A to the Complaint);

Happystickerzzz (Defendant No. 196 on Schedule A to the Complaint);

Heartling (Defendant No. 199 on Schedule A to the Complaint);

hiway9 (Defendant No. 204 on Schedule A to the Complaint);

hochi1188 (Defendant No. 205 on Schedule A to the Complaint);

Hollyxue (Defendant No. 208 on Schedule A to the Complaint);

HoneyHills (Defendant No. 209 on Schedule A to the Complaint);

I-am (Defendant No. 212 on Schedule A to the Complaint);

isa . stickershop (Defendant No. 220 on Schedule A to the Complaint);

itsRIS (Defendant No. 223 on Schedule A to the Complaint);

Izzyneedleman (Defendant No. 224 on Schedule A to the Complaint);

Jaclynacn (Defendant No. 226 on Schedule A to the Complaint);

Jaylen Byrne (Defendant No. 230 on Schedule A to the Complaint);

Jesszazzarino (Defendant No. 233 on Schedule A to the Complaint);

Jkcoder (Defendant No. 235 on Schedule A to the Complaint);

Jorgemgraphics (Defendant No. 236 on Schedule A to the Complaint);

JQ Merch (Defendant No. 239 on Schedule A to the Complaint);

Julia Santos (Defendant No. 240 on Schedule A to the Complaint);

Juliamuscat (Defendant No. 241 on Schedule A to the Complaint);

JulianaM14 (Defendant No. 242 on Schedule A to the Complaint);

Kambamdesigns (Defendant No. 244 on Schedule A to the Complaint);

katek36 (Defendant No. 247 on Schedule A to the Complaint);

Kateolvera (Defendant No. 248 on Schedule A to the Complaint);

Kattiew (Defendant No. 249 on Schedule A to the Complaint);

Kenzandcompany (Defendant No. 252 on Schedule A to the Complaint);

Kikidavino (Defendant No. 253 on Schedule A to the Complaint);

KikiShoptm (Defendant No. 254 on Schedule A to the Complaint);

Krausmath (Defendant No. 257 on Schedule A to the Complaint);

Krisnapatel (Defendant No. 258 on Schedule A to the Complaint);

KUSH COMMON (Defendant No. 259 on Schedule A to the Complaint);

Kxtelyng (Defendant No. 260 on Schedule A to the Complaint);

lady-liv (Defendant No. 261 on Schedule A to the Complaint);

Laurenbari (Defendant No. 263 on Schedule A to the Complaint);

Lilithdesigns (Defendant No. 268 on Schedule A to the Complaint);

Lillitha (Defendant No. 269 on Schedule A to the Complaint);

Lindsaymcpeek (Defendant No. 271 on Schedule A to the Complaint);

Lizzy Kotch (Defendant No. 274 on Schedule A to the Complaint);

lt shop (Defendant No. 279 on Schedule A to the Complaint);

LVIdeasFactory (Defendant No. 282 on Schedule A to the Complaint);

maddy9co (Defendant No. 283 on Schedule A to the Complaint);

Maddyy03 (Defendant No. 284 on Schedule A to the Complaint);

MadeBy Laura (Defendant No. 285 on Schedule A to the Complaint);

MadeByRaegan (Defendant No. 286 on Schedule A to the Complaint);

Madilyn Riley (Defendant No. 287 on Schedule A to the Complaint);

Madstickerz (Defendant No. 288 on Schedule A to the Complaint);

maggiet42 (Defendant No. 289 on Schedule A to the Complaint);

MAIRJ (Defendant No. 292 on Schedule A to the Complaint);

Maksaokar (Defendant No. 293 on Schedule A to the Complaint);

Mariameep (Defendant No. 298 on Schedule A to the Complaint);

Medallion (Defendant No. 302 on Schedule A to the Complaint);

Mikayla-Draws (Defendant No. 308 on Schedule A to the Complaint);

Milkteavintage (Defendant No. 309 on Schedule A to the Complaint);

Morganicdesigns (Defendant No. 317 on Schedule A to the Complaint);

mtmurray8 (Defendant No. 318 on Schedule A to the Complaint);

Natalie F (Defendant No. 324 on Schedule A to the Complaint);

Natalie Wish (Defendant No. 325 on Schedule A to the Complaint);

NickHamiltonArt (Defendant No. 326 on Schedule A to the Complaint);

NoahMatthewArt (Defendant No. 327 on Schedule A to the Complaint);

Noncuro (Defendant No. 329 on Schedule A to the Complaint);

oliviadeer1 (Defendant No. 334 on Schedule A to the Complaint);

Oschhu (Defendant No. 336 on Schedule A to the Complaint);

Paisley Flamenbaum (Defendant No. 338 on Schedule A to the Complaint);

Passaropaty (Defendant No. 339 on Schedule A to the Complaint);

Pdgraphics (Defendant No. 340 on Schedule A to the Complaint);

Peachyrami (Defendant No. 341 on Schedule A to the Complaint);

Phari (Defendant No. 342 on Schedule A to the Complaint);

Phillycheez (Defendant No. 343 on Schedule A to the Complaint);

phoebe stickers (Defendant No. 344 on Schedule A to the Complaint);

phoebes-designs (Defendant No. 345 on Schedule A to the Complaint);

Preslee Jacobs (Defendant No. 357 on Schedule A to the Complaint);

Rachel Sledjeski (Defendant No. 364 on Schedule A to the Complaint);

Rachxelstix (Defendant No. 365 on Schedule A to the Complaint);

Rarefreedom (Defendant No. 367 on Schedule A to the Complaint);

Rayfaithdesign (Defendant No. 368 on Schedule A to the Complaint);

Rosemogo (Defendant No. 376 on Schedule A to the Complaint);

Sabrina Bramson (Defendant No. 382 on Schedule A to the Complaint);

Sabschipp (Defendant No. 383 on Schedule A to the Complaint);

SaltaCreates (Defendant No. 384 on Schedule A to the Complaint);

Samantha Chancellor (Defendant No. 385 on Schedule A to the Complaint);

Samanthasargen (Defendant No. 386 on Schedule A to the Complaint);

SamuelMolina (Defendant No. 387 on Schedule A to the Complaint);

Sarahbossetti (Defendant No. 390 on Schedule A to the Complaint);

sarahcooper2299 (Defendant No. 391 on Schedule A to the Complaint);

Sarahharlinski (Defendant No. 392 on Schedule A to the Complaint);

Saturnss (Defendant No. 394 on Schedule A to the Complaint);

scribbles + stuff company (Defendant No. 396 on Schedule A to the Complaint);

SG Designs (Defendant No. 398 on Schedule A to the Complaint);

Shelbe A (Defendant No. 401 on Schedule A to the Complaint);

Shop Sarah Jules (Defendant No. 404 on Schedule A to the Complaint);

simply-aly (Defendant No. 409 on Schedule A to the Complaint);

Sistermoiyaa (Defendant No. 411 on Schedule A to the Complaint);

Skylarsledd (Defendant No. 412 on Schedule A to the Complaint);

Sloanegriffiths (Defendant No. 413 on Schedule A to the Complaint);

slw11 (Defendant No. 414 on Schedule A to the Complaint);

Smileywords (Defendant No. 416 on Schedule A to the Complaint);

Snug-Studios (Defendant No. 417 on Schedule A to the Complaint);

SOVART69 (Defendant No. 421 on Schedule A to the Complaint);

Stickersnstuff (Defendant No. 428 on Schedule A to the Complaint);

Stickerstylez (Defendant No. 429 on Schedule A to the Complaint);

stupid bitvhes designs (Defendant No. 431 on Schedule A to the Complaint);

Sunnypolly (Defendant No. 432 on Schedule A to the Complaint);

swaggest-shop (Defendant No. 434 on Schedule A to the Complaint);

Sweetstuffpw (Defendant No. 435 on Schedule A to the Complaint);

Sweetvibess (Defendant No. 436 on Schedule A to the Complaint);

tabbycat07 (Defendant No. 437 on Schedule A to the Complaint);

TheCrayonArtist (Defendant No. 443 on Schedule A to the Complaint);

TheTrippyCavern (Defendant No. 448 on Schedule A to the Complaint);

tiffany  chen (Defendant No. 450 on Schedule A to the Complaint);

TigersEyeStudio (Defendant No. 451 on Schedule A to the Complaint);

Traintraintrane (Defendant No. 457 on Schedule A to the Complaint);

Triple Wave Co (Defendant No. 458 on Schedule A to the Complaint);

Triston Cosgrove (Defendant No. 459 on Schedule A to the Complaint);

Tulipsforteeth Defendant No. 463 on Schedule A to the Complaint);

Tvshowtshirts Defendant No. 464 on Schedule A to the Complaint);

UnrulyShop (Defendant No. 466 on Schedule A to the Complaint);

Vrsdesigns (Defendant No. 474 on Schedule A to the Complaint);

Wolvesarehome (Defendant No. 483 on Schedule A to the Complaint);

Wordytees (Defendant No. 484 on Schedule A to the Complaint);

Xopiper (Defendant No. 487 on Schedule A to the Complaint);

Yellolaboratory (Defendant No. 491 on Schedule A to the Complaint);

youneedart- (Defendant No. 493 on Schedule A to the Complaint); and

Zoephilips (Defendant No. 498 on Schedule A to the Complaint).

Date:   August 21, 2023                    Respectfully submitted by,

**Javier Sobrado**
Javier Sobrado (Fla. Bar No. 44992)
Attorney Email address: jsobrado@brickellip.com
Arthur Robert Weaver (Fla. Bar no. 92132)
Attorney Email address: rweaver@brickellip.com
THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue, South Tower, Suite 800
Miami FL, 33131
Telephone: (305) 728-8831
*Attorneys for Plaintiff*