UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:23-cv-22432-KMW

THE SMILEY COMPANY SPRL,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/



FILED BY JG D.C.

AUG 21 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## NOTICE OF FILING BOND

    PLEASE TAKE NOTICE Plaintiff, The Smiley Company SPRL, by undersigned counsel, hereby file the attached original bond certificate issued in accordance with the Court's Order Granting *Ex Parte* Application for Entry of Temporary Restraining Order (ECF No. 13) and adopting and affirming the Report and Recommendation that the TRO be Granted (ECF No. 11).

Date: August 21, 2023

Respectfully submitted by,

THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue
South Tower, Suite 800
Miami FL, 33131
Tel: 305-728-8831
Fax: 305-428-2450

By: _____
Javier Sobrado
Fla. Bar No. 44992
Email: JSobrado@BrickellIP.com