UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 23-cv-22432

THE SMILEY COMPANY SPRL,

     Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

     Defendants.

                                             /

## NOTICE OF VOLUNTARY DISMISSAL AS TO ALL REMAINING DEFENDANTS

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned

counsel, Plaintiff hereby voluntarily dismisses *without* prejudice all claims against all remaining

Defendants previously not dismissed.

Date:  August 31, 2023             Respectfully submitted by,

                                        ***A. Robert Weaver***
                                        Javier Sobrado (Fla. Bar No. 44992)
                                        Attorney Email address: jsobrado@brickellip.com
                                        Arthur Robert Weaver (Fla. Bar no. 92132)
                                        Attorney Email address: rweaver@brickellip.com
                                        THE BRICKELL IP GROUP, PLLC
                                        1101 Brickell Avenue, South Tower, Suite 800
                                        Miami FL, 33131
                                        Telephone: (305) 728-8831
                                        *Attorneys for Plaintiff*

1